UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SHAWNET NICKESHA MCDONALD,

                Petitioner,                 25-CV-09355 (JAV)

      -v-                               ORDER

LADEON FRANCIS, ET AL.,

                Respondents.
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On November 7, 2025, a petition for writ of habeas corpus ("Petition") was filed on behalf of Shawnet Nickesha Mcdonald ("Petitioner"). ECF No. 1 at 1. The petition was filed by Chattara Kelly, the Petitioner's partner, as next friend. *Id.* at 1-2; ECF No. 2, ¶¶ 1-2. The petition seeks relief to remedy Petitioner's unlawful arrest and detention by the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"). ECF No. 1 at 1.

The Court hereby ORDERS that Petitioner shall not be removed from the United States unless and until the Court orders otherwise in order to preserve the Court's jurisdiction pending its consideration of the habeas petition. *See, e.g.*, *Local 1814, Intern. Longshoremen's Ass'n, AFL-CIO v. New York Shipping Ass'n, Inc.*, 965 F.2d 1224, 1237 (2d Cir. 1992) ("Once the district court acquires jurisdiction over the subject matter of, and the parties to, the litigation, the All Writs Act [28 U.S.C. § 1651] authorizes a federal court to protect that jurisdiction" (cleaned up)); *Garcia-Izquierdo v. Gartner*, No. 04-CV-7377 (RCC), 2004 WL 2093515, at *2 (S.D.N.Y. Sept. 17, 2004) (observing that, under the All Writs Act, 28 U.S.C. § 1651, a district court "may order that a petitioner's deportation be stayed . . . when a stay is necessary to preserve the

Court's jurisdiction of the case"); *cf. Michael v. I.N.S.*, 48 F.3d 657, 661-62 (2d Cir. 1995) (holding that the All Writs Act provides a federal court of appeals reviewing a final removal order with a basis to stay removal).

A conference shall be held in this matter on November 13, 2025, at 12:30 p.m. in Courtroom 14C, United States Courthouse, 500 Pearl Street, New York, New York.

A copy of this Order shall be served upon the U.S. Attorney's Office for the Southern District of New York (the "USAO"). The USAO shall take immediate steps to notify appropriate officials at ICE of this Order, and shall file a status report by no later than November 12, 2025, at 5 p.m.

SO ORDERED.

Dated: November 10, 2025
       New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge