Case 1:25-cv-09355-JAV    Document 7    Filed 11/12/25    Page 1 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Chattara Kelly ex rel. SHAWNET NICKESHA MCDONALD,<br><br>                Petitioner,<br><br>                -v-<br><br>LADEON FRANCIS; KRISTI NOEM; PAMELA BONDI,<br><br>                Respondents. | 25-CV-09355 (JAV)<br><br>ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION |

JEANNETTE A. VARGAS, United States District Judge:

Chattara Kelly, acting as next friend for Petitioner Shawnet Nickesha Mcdonald, brings this petition for a writ of *habeas corpus* under 28 U.S.C. § 2241. To proceed, a petition for a writ of *habeas corpus* requires payment of a $5.00 filing fee or, submission of a request to proceed *in forma pauperis* (IFP). *See* 28 U.S.C. §§ 1914, 1915.

The petition was submitted without the filing fee or an IFP application. Within thirty days of the date of this order, the $5.00 filing fee must be submitted or the attached IFP application must be completed and submitted. Payment of the fee can be mailed to the following address: United States District Court for the Southern District of New York, Cashiers-Room 260, 500 Pearl Street, New York, NY 10007. Payment of the fees by mail must (1) be made by money order or certified check; (2) be made payable to: Clerk, USDC, SDNY; and (3) include docket number 25-CV-9355 (JAV). Personal checks are not accepted. Payment of the fees also can be made in person at the courthouse by credit card, money order, certified check, or cash. If the IFP application is submitted, it should be labeled with docket number 25-CV-9355 (JAV). If Petitioner fails to comply with this order within the time allowed, the action will be dismissed without prejudice.

Additionally, Chattara Kelly has not provided the Court with a mailing address. Within 10 days of this Order, Chattara Kelly should also submit a current mailing address by regular mail to the Daniel Patrick Moynihan Courthouse, Pro Se Intake Unit, 500 Pearl St., Room 205, New York, NY 10007.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

Petitioner's next friend may receive court documents by email by completing the form, Consent to Electronic Service, a copy of which is attached.[1]

SO ORDERED.

Dated:   November 10, 2025
         New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge

---

[1] If Plaintiff consents to receive documents by email, Plaintiff will not receive court documents by regular mail.

2

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

_____
Name (Last, First, MI)

_____  _____  _____  _____
Address             City        State       Zip Code

_____        _____
Telephone Number          E-mail Address

_____        _____
Date                      Signature

**Click Here to Save**