**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
SHAWNET NICKESHA MCDONALD,

                      Petitioner,           25 **CIVIL** 9355 (JAV)

      -against-                          **JUDGMENT**

LADEON FRANCIS, et al.,

                      Respondent.
-------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 26, 2025, the Petition is GRANTED; accordingly, the case is closed.

**DATED:** New York, New York
          December 1, 2025

                                     **TAMMI M. HELLWIG**

                                      **Clerk of Court**

          **BY:** *Negam Dulal*

                                   **Deputy Clerk**